IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICIA A. ASHLEY                                                           PLAINTIFF

v.                            Case No. 4:20-cv-01125 KGB

SCOTTY HODGES, *et al.*                                             DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date it is considered, ordered, and adjudged that plaintiff Patricia A. Ashley's claims are dismissed without prejudice. The relief requested is denied.

So adjudged this 8th day of September, 2021.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge